**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| OXYGEN FORENSICS, INC.<br>909 N. Washington Street, Ste. 300<br>Alexandria, Virginia 22314 | * | |
| Plaintiff, | * | |
| v. | * | |
| MAX WEISSBERG<br>343 20th Street, Apartment 4<br>Brooklyn, New York 11215 | * | Case No.: 1:26-CV-02826 |
| Defendant. | | |

* * * * * * * * * * * * *

**COMPLAINT**

Plaintiff, Oxygen Forensics, Inc. ("Oxygen Forensics" or "Plaintiff" or "Company"), hereby sues Defendant, Max Weissberg ("Mr. Weissberg" or "Defendant"), and states as follows:

This is an action for defamation and tortious interference with contracts and business expectancies in violation of the laws of the United States and the Commonwealth of Virginia. Oxygen Forensics seeks a preliminary injunction (filed via separate contemporaneous motion), permanent injunction, and actual and punitive damages fully described herein.

**PARTIES**

1. Oxygen Forensics, is a corporation incorporated under the laws of the Commonwealth of Virginia, with its principal place of business in Alexandria, Virginia. Oxygen Forensics is in the business of providing digital forensic tools and solutions to law enforcement, government agencies, organizations, and enterprises in over 150 countries.

2. Mr. Weissberg, an individual and a resident of the State of New York, was

employed by Oxygen Forensics between December 10, 2023 and October 17, 2025 as a Marketing Campaign Specialist.

**JURISDICTION AND VENUE**

3. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a). Oxygen Forensics is incorporated under the laws of the Commonwealth of Virginia and maintains its principal place of business at 909 North Washington Street, Suite 300, Alexandria, Virginia 22314, which is located in this judicial district. Upon information and belief, Defendant is domiciled at 343 20th Street, Apartment 4, Brooklyn, New York, 11215. Accordingly, diversity exists between the parties under 28 U.S.C. § 1332(a).

4. As stated in this Complaint, the amount in controversy exceeds $75,000.

5. This Court has personal jurisdiction over Defendant because Defendant intentionally directed the tortious conduct alleged herein to Oxygen Forensics' headquarters in Alexandria, Virginia, including by communicating with Oxygen Forensics employees and customers located in or connected to Virginia, and Defendant knew that his conduct would cause injury to Oxygen Forensics in Virginia. See Va. Code § 8.01-328.1. Further, this Court has personal jurisdiction over Defendant because Defendant expressly consented in his employment agreement with Oxygen Forensics to personal jurisdiction in the United States District Court for the Eastern District of Virginia for disputes arising out of or relating to his employment. Mr. Weissberg applied for Virginia unemployment benefits following his termination from Oxygen Forensics. The claims asserted here arise out of or relate to Defendant's employment and his ensuing conduct directed against Oxygen Forensics.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the Plaintiff's claims occurred in and were directed to

this judicial district, including Defendant's Virginia-directed communications, defamatory statements and the resulting interference with Oxygen Forensics' business operations and relationships. Venue is also proper because Defendant expressly agreed to jurisdiction and venue in the United States District Court for the Eastern District of Virginia as the venue for any disputes arising out of or relating to his employment with Oxygen Forensics.

7. This Court has supplemental jurisdiction over Plaintiff's Virginia law claims under 28 U.S.C. § 1367.

## FACTS COMMON TO ALL COUNTS

### I. ABOUT OXYGEN FORENSICS

8. Modern law enforcement and other investigations frequently involve smartphones, tablets, computers, cloud accounts, wearable devices, IoT devices, drones, and vehicle systems that contain critical evidence.

9. Since 2013, Oxygen Forensics' commercial software products and services enabled local, state, federal, and international investigators to extract and examine data from these sources while preserving metadata and maintaining the chain of custody necessary for evidence to withstand judicial scrutiny. The Oxygen Forensics products and services are used in homicide, narcotics, financial crime, child exploitation, cybercrime, counterterrorism, and organized crime investigations, as well as by government inspectors general, military investigators, customs and border agencies, and regulatory bodies.

10. In the United States, Oxygen Forensics provides its software and services to agencies such as local and state police, DEA, FBI, and the U.S. Secret Service, under a variety of government contracting vehicles. Oxygen Forensics also provides its software and services for foreign governments and agencies under their country's contracting rules and regulations.

11. Since most users of the Oxygen Forensics tools are local, state, and federal law enforcement organizations, and other governmental agencies, and much of their work is used in state and federal court trials, maintaining the trust of these institutions is vital to Oxygen Forensics' operations and success.

## II. ABOUT MR. WEISSBERG

12. Mr. Weissberg has a history of preoccupation with Russia, the Russian culture and the arts, and the Russian language.

13. He is a graduate of the American Film Institute's directing program and his work experience includes being a tour guide at a local museum in Manhattan leading tours in Russian and German language and producing several short films and documentaries.

14. Mr. Weissberg learned to speak fluent Russian and has written and directed a short film, later turned into a feature film, about the Russian mafia which he self-reportedly sold for $50,000 to a Russian movie studio in 2024.

15. Also in 2024, Mr. Weissberg traveled to Russia and attended the 46th Moscow International Film Festival to promote and premier his Russian mafia film.

16. Mr. Weissberg was hired by Oxygen Forensics as a Marketing Campaign Specialist in December 2023.

17. He performed his assigned duties through September 2025, when he inexplicably began to exhibit erratic and disruptive behavior. He refused assignments, claimed that he carried the workload of the entire department and, among other things, demanded the firing of two of his colleagues and his immediate supervisor, along with participation in selecting replacement hires, a significant salary raise, and a promotion to lead the entirety of the marketing department.

18. He threatened to resign if his demands were not granted, but when his demands

were refused, Mr. Weissberg stated that he wanted to be fired.

19. Mr. Weissberg then threatened to file a whistleblower case, and attempted to coerce the company by demanding a payment of $210,000 (which according to him represented $10,000 for each month he was employed), in exchange for indemnification and his agreement not to disseminate defamatory information about the Company.

20. As a result of his behavior, Mr. Weissberg's employment was terminated on October 16, 2025, with his last employment date being October 17, 2025. A copy of the Termination of Employment letter dated October 16, 2025 is attached and incorporated as **Exhibit 1**.

21. Following the termination, Mr. Weissberg refused to return the Company's equipment, including two Company laptops. This refusal ultimately led Oxygen Forensics to file a lawsuit in February 2026 against Mr. Weissberg for the breach of his employment agreement for failing to return Company equipment, conversion, replevin, and other claims, in the Supreme Court of the State of New York, Case No. 505522/2026, captioned Oxygen Forensics, Inc. v. Max Weissberg (the "New York Case"). That case is pending.

## III. MR. WEISSBERG'S CAMPAIGN TO DAMAGE OXYGEN FORENSICS

22. As retaliation against Oxygen Forensics for filing the New York Case, Mr. Weissberg, starting in late February 2026, engaged in a systematic and active campaign to damage Oxygen Forensics, its officers, directors, and employees by the following unlawful and intentional conduct:

a. Contacting Oxygen Forensics customers and spreading false and defamatory statements that Oxygen Forensics is owned and controlled by the Russian Federal Security Service ("FSB"), Russia's main domestic security and counterintelligence

agency (formerly known as KGB), and other false and defamatory statements;

b. Contacting Oxygen Forensics employees and spreading false and defamatory statements that they are working for a company that is owned and controlled by the FSB, are under investigation, and will be imminently arrested;

c. Creating and posting a YouTube video splicing various images and videos of Oxygen Forensics employees and events, including Oxygen Forensics-owned audiovisual materials, unrelated internet found videos and images, and videos and images of himself, to create a false and defamatory story that Oxygen Forensics is owned and controlled by the FSB;[1]

d. Creating and posting Reddit posts under the username Mister Max (u/MaxWeissberg) in various sub-reddits, such as r/digitalforensics, r/Intelligence, r/Whistleblower, and r/ActiveMeasure, that Oxygen Forensics was owned and controlled by the FSB and other false and defamatory statements; and

e. Creating and posting on LinkedIn the false and defamatory statements that Oxygen Forensics was owned and controlled by FSB.[2]

23. The false and defamatory statements made and published by Mr. Weissberg between February 2026 and the date of this Complaint, through his YouTube video, Reddit and LinkedIn posts, and direct communications with Oxygen Forensics' customers and employees include, but are not limited to:

From the YouTube video:

---

[1] The video can be found at https://www.youtube.com/watch?v=OmEPNAy3RtA. A request to YouTube to remove the video for violations of YouTube's Community Guidelines has been submitted. As of August 17, 2026, the video has been set by Defendant to private.

[2] The LinkedIn post was removed by LinkedIn for violations of its Professional Community Policies.

A. "This is the story of how I, Max Weissberg, found out my employer, Oxygen Forensics, was controlled by the FSB in Russia."
B. "The company is in fact secretly controlled by MKO Systems, a Russian company with close ties to the Kremlin."
C. "100% of the Programmers are in Russia, and all major decisions about Oxygen Forensics are made there."
D. "The software is vital for the Russian army and used by the FSB to catch dissidents."
E. "The main investor and controller is Eduard Bendersky, former head of the FSB special forces."
F. "Customers are never told the software is Russian or that its investors are wanted by the FBI for ransomware and other crimes."
G. "Lee Reiber, a former cop, is the American face of the company." "He is paid to hide the truth."
H. "Lee is paid well to disguise the Russian FSB control of the company."
I. "Oxygen Forensics, a Russian front for MKO Systems based out of Moscow, Russia."
J. "All of Oxygen's programmers are in fact employees for MKO Systems, as Oxygen has no programmers of its own."

From Reddit posts, which are attached and incorporated herein as **<u>Exhibit</u> 2**.

K. "Russian hackers tricked the USGOV."
L. "I am a whistleblower of a Russian company using a front to deceive US law enforcement into purchasing Russian hacking software, without revealing that the software is Russian or tied to the FSB."
M. "I am a former employee and observed that the company is secretly controlled by Russian executives based in Russia. Its customers do not know this."
N. "The company has repeatedly lied about its operations in Russia to its employees, customers, and employees of the FBI, Secret Service, US Army Command, the State Dept., and to many other local, state, and federal agencies."
O. "Russian Federal Law No. 188-FZ passed June 29, 2015 requires that all software used by government computers have 50% or more of its programmers based in Russia, with at least 50% ownership by Russian citizens. Therefore, the majority of OF's programmers must be Russian since it sells to the FSB and other Russian government agencies."
P. "Oxygen Forensics routinely misleads customers with its marketing by claiming that OF is "headquartered in Alexandria, Virginia."
Q. "Oxygen employees routinely and knowingly lie to customers who ask if the software is Russian or has a Russian connection."

R. "This is obviously not true as the company sells software to the FSB and many other Russian government agencies including the MVD."
S. "Oxygen Forensics software plays a key role on the battlefield in the Ukraine-Russia war, helping Russian soldiers recover information from the phones of enemy and geolocating enemy drones."

24. As a result of Mr. Weissberg's actions Oxygen Forensics suffered damages to its reputation and goodwill resulting in multiple customers terminating or reducing Oxygen Forensics products and services.

25. Additionally, several existing contracts which were pending pilots were put on pause, and several anticipated contract discussions and sales cycles were terminated causing further financial damages to Oxygen Forensics.

26. Oxygen Forensics categorically denies the statements made by Mr. Weissberg as identified in paragraph 23, including, but not limited to, those related to FSB control or ownership, relationship with various Russian nationals and companies, having developers in Russia, selling or sharing of data with the Russian government, and Oxygen Forensics software being hacking software.

**COUNT I – DEFAMATION**

27. Plaintiff incorporates paragraphs 1 through 26, as if fully restated herein.

28. Defendant published statements of fact concerning Plaintiff to third parties, including Plaintiff's employees and customers, as well as making said statements available to be viewed online by the general public in the United States and internationally.

29. The statements, communicated to and seen by third parties, were false and defamatory of Plaintiff and Plaintiff's employees, officers and directors.

30. The statements were false and Defendant knew that the statements were false or, alternatively, believing them to be true, lacked reasonable grounds for such belief or acted

negligently to ascertain the facts on which the statements were based.

31. The statements published by Defendant were made without qualified privilege and with actual and intentional malice.

32. The statements constitute defamation *per se* under Virginia law because they impute criminal conduct involving moral turpitude to Plaintiff, including acting as an agent or instrumentality of a foreign intelligence service in violation of federal law, impute a lack of integrity in Plaintiff's professional trade and business, and are inherently prejudicial and harmful on their face by attacking the very foundation that allows Oxygen Forensics' customers, especially state and federal government agencies, to do business with Oxygen Forensics.

33. As a result of Defendant's actions, Plaintiff has and continues to suffer professional injury, loss of goodwill, and economic damages in an amount exceeding $1,500,000, with actual damages to be proven at trial.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A. Enter judgment for Plaintiff and against Defendant in the amount of compensatory damages exceeding $1,500,000, with the exact amount to be proven at trial;

B. Award Plaintiff punitive damages, up to the statutory maximum of $350,000 pursuant to Va. Code § 8.01-38.1, for Defendant's willful, wanton, and malicious conduct;

C. Award Plaintiff its reasonable attorneys' fees, court costs, filing fees, third party expenses, and discovery expenses incurred by Plaintiff related to this action;

D. Award Plaintiff pre-judgment and post-judgment interest; and

E. Grant such other and further relief as this Court determines just, equitable and appropriate.

## COUNT II – TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIPS AND BUSINESS EXPECTANCIES

34. Plaintiff incorporates paragraphs 1 through 33, as if fully restated herein.

35. At all relevant times, Plaintiff maintained valid and existing contractual relationships with its customers and had valid and reasonable business expectations with existing and prospective customers.

36. These contractual relationships and business expectancies were economically valuable to Plaintiff and provided Plaintiff with an expectation of continued business, revenue, profits, renewals, additional engagements, referrals, and/or other economic benefits.

37. Due to Defendant's position as a Marketing Campaign specialist, Defendant knew of Plaintiff's customers and Plaintiff's contractual relationships and business expectancies.

38. Defendant knowingly, intentionally, and with malice undertook a course of conduct designed to interfere with and disrupt Plaintiff's contractual relationships and business expectancies.

39. As part of that course of conduct, Defendant made and published false and defamatory statements concerning Plaintiff to the general public and one or more of Plaintiff's customers and prospective customers who have actual or potential business relationships with Plaintiff, as well as Plaintiff's employees.

40. Defendant made the false statements with the direct intent to harm Plaintiff's reputation, undermine confidence in Plaintiff, cause Plaintiff's customers to discontinue or refrain from doing business with Plaintiff, and interfere with Plaintiff's existing and prospective business relationships.

41. Defendant's use of knowingly or recklessly false and defamatory statements constituted an improper method of interference with Plaintiff's contractual relationships and business expectancies.

42. Defendant's intentional interference caused one or more of Plaintiff's customers and prospective customers to terminate, breach, reduce, suspend, decline to renew, or refrain from entering into contractual or business relationships with Plaintiff.

43. Upon information and belief, Defendant's false and defamatory statements were a substantial and proximate cause of the termination, breach, suspension, declination of renewal, failure to renew, or impairment of Plaintiff's contractual relationships and business expectancies.

44. Plaintiff has suffered and continues to suffer substantial economic losses as a direct and proximate result of Defendant's interference, including lost contracts, lost customers, lost business opportunities, lost revenue, lost profits, diminution in the value of business relationships, and other consequential economic damages in an amount to be proven at trial.

45. To the extent any contractual relationship was terminable at will or any claim concerns a prospective business expectancy, Defendant nevertheless employed improper methods by using knowingly or recklessly false and defamatory statements to cause the interference.

46. As a direct and proximate result of Defendant's intentional and improper interference, Plaintiff has sustained damages in excess of $1,500,000, with the actual amount to be determined at trial. Plaintiff does not seek duplicative recovery.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A. Enter judgment for Plaintiff and against Defendant in the amount of compensatory damages exceeding $1,500,000, with the exact amount to be proven at trial;

B. Award Plaintiff punitive damages, up to the statutory maximum of $350,000.00 pursuant to Va. Code § 8.01-38.1, for Defendant's willful, wanton, and malicious conduct;

C. Award Plaintiff its reasonable attorneys' fees and court costs, filing fees, third party expenses, and discovery expenses incurred by Plaintiff related to this action;

D. Award Plaintiff pre-judgment and post-judgment interest; and

E. Grant such other and further relief as this Court determines just, equitable and appropriate.

**REQUEST FOR PERMANENT INJUNCTIVE RELIEF**

47. Plaintiff incorporates paragraphs 1 through 46, as if fully restated herein.

48. Defendant intentionally engaged, and continues to engage, in a continuous pattern of interfering with Plaintiff's customer contracts and prospective contracts by publishing false, unprivileged, and defamatory statements concerning Plaintiff's business operations, products, and professional integrity.

49. Monetary damages alone cannot fully remedy the ongoing, cumulative destruction and irreparable damage to Plaintiff's professional reputation caused by the continuous publication of the false and defamatory statements online, which are indexed by internet search engines and are practically impossible to remove fully, and which have caused and continue to cause the loss of contracts and business relationships predicated on institutional trust that, once destroyed, cannot be restored through monetary compensation alone.

50. The balance of hardships heavily favors the Plaintiff, as the Defendant possesses no legitimate legal right, purpose, or privilege to continue publishing statements adjudicated or established as false and defamatory. In fact, Defendant gains nothing by his defamatory statements, except to satisfy his malicious intentions of causing injury to Plaintiff.

51. The issuance of a permanent injunction will impose no undue burden on Defendant, as it would merely require Defendant to cease contacting Plaintiff's customers and cease publishing statements adjudicated to be false and defamatory.

52. The public interest is served by an injunction. The public has a strong interest in

preventing commercial deception, protecting businesses from malicious falsehoods, and ensuring that consumers receive truthful information in the marketplace.

**WHEREFORE,** Plaintiff respectfully requests that this Court enter judgment for Plaintiff and against Defendant, granting the following relief:

A. Enter a permanent injunction in the manner of the submitted proposed Order for Preliminary Injunction, including:

a. ordering Defendant to cease and desist from contacting Plaintiff's customers and industry organizations for the purpose of making false and defamatory statements adjudicated to be false and defamatory;

b. ordering Defendant to immediately and permanently remove, delete, and purge all statements identified in this Complaint and adjudicated at trial to be false and defamatory from any website, application, social media platform, internet forum, or other digital medium within Defendant's access, possession, custody, or control;

c. ordering Defendant to complete and submit any forms required by any online website, application, social media platform, internet forum, or other digital medium, including search engines, for complete removal of the defamatory statements, videos, posts, comments, replies to comments, or other data containing the defamatory statements;

d. restraining and enjoining Defendant from directly or indirectly republishing the false and defamatory statements identified herein and adjudicated as false and defamatory at trial;

B. Order Defendant to issue a retraction statement signed by Defendant making it clear that the false and defamatory statements are false, unsubstantiated, and were made by Defendant

without any regard for the truth, or in the alternative an authorization for Plaintiff to publish a court-approved notice of the judgment, including a statement that the specific statements identified in this Complaint and other proven at trial were adjudicated to be false and defamatory;

C. Award Plaintiff its reasonable attorneys' fees and actual court costs, filing fees, third party expenses, and discovery expenses incurred by Plaintiff related to this action; and

D. Such other and further relief as this Court deems just and proper.

Date: August 28, 2026

Respectfully submitted,

/s/ Alexander Chizhik
Alexander Chizhik, Esq.
MD Bar No. 0101040004
Femida.us
66 Canal Center Plaza, Ste. 505
Alexandria, VA 22314
ac@femida.us
703-739-9111
*(Pro Hac Vice Admission Pending)*

/s/ Kevin R Garden
Kevin R. Garden, Esq.
VA Bar: No. 30244
Femida.us
66 Canal Center Plaza, Ste. 505
Alexandria, VA 22314
kg@femida.us
703-739-9111

*Attorneys for Plaintiff Oxygen Forensics, Inc.*

OXYGEN FORENSICS

**Date:** October 16, 2025
**To:** Max Weissberg
**Marketing Campaign Specialist**

**Re: Termination of Employment**

Dear Mr. Weissberg,

Following a review of recent workplace conduct and communications, Oxygen Forensics, Inc. ("Company") has made the decision to terminate your employment effective immediately.

This decision is based on continued unprofessional and combative behavior, unreasonable compensation demands, and failure to maintain cooperative working relationships. While your creative contributions are acknowledged, your conduct has repeatedly disrupted team operations and undermined management authority.

Your behavior constitutes violations of the following Company policies as set forth in the Oxygen Forensics Employee Handbook:

Section 4.5 – Standards of Conduct and Discipline: Employees are required to maintain professionalism, follow supervisory direction, and refrain from disruptive or insubordinate conduct. You communicated with an intent to leave the organization if your demands were not met and indicated unwillingness to continue in your current role under existing conditions. On x date, I spoke to you regarding your concerns with the work environment, you exhibited unprofessional and disruptive behavior and at one point you stated, "You should just fire me".

Section 3.5 – Faithful Performance: Employees must devote working hours to faithfully and efficiently performing assigned duties and cooperate with management instructions. You have repeatedly communicated that you would not continue to work cooperatively or follow management direction if your demands were not met, which has created ongoing disruption within the department.

You are required to return all Company property in your possession no later than October 24, 2025. This includes, but is not limited to:

- Both production laptops assigned to you as well as a Sony A7 iii refurbished camera
- Your Divvy company expense card
- Your Oxygen Forensics HQ building badge (if issued)
- All production equipment, peripherals, or other assets purchased by the Company and currently in your possession

Records indicate you currently hold several thousand dollars in Company assets. All equipment must be returned in working condition and accounted for in full by the date stated above. You will be provided paid shipping for these assets and should package them to avoid damage during shipment.

Your final paycheck, including all wages due and any accrued but unused PTO, will be issued in accordance with applicable Virginia law. You remain bound by the confidentiality, intellectual property, and post-employment provisions of your Employment Agreement and the Oxygen Forensics Employee Handbook.

Your employment with Oxygen Forensics was at will (Employee Handbook § 1.5). The Company has elected to conclude the relationship at this time. All questions related to final pay, benefits, or asset return should be directed to HR at Andrew.Vardaro@oxygenforensics.com.

We regret that your employment has ended under these circumstances and wish you the best in your future endeavors.

Sincerely,
Andrew Vardaro
Director of Operations / HR
Oxygen Forensics, Inc.

EXHIBIT 1

r/Whistleblowers • 2mo ago
MaxWeissberg

# Russian hackers tricked the USGOV

I am a whistleblower of a Russian company using a front to deceive US law enforcement into purchasing Russian hacking software, without revealing that the software is Russian or tied to the FSB.

I am a former employee and observed that the company is secretly controlled by Russian executives based in Russia. Its customers do not know this.

**SUMMARY:**

Oxygen Forensics has been lying about who controls the company and where its programmers are based. Ostensibly based in Alexandria, VA, the company is in fact secretly controlled by the Russian company MKO Systems, with the majority of its programmers based in the Moscow region. It has deep ties to the FSB, according to recent reports.

The company has repeatedly lied about its operations in Russia to its employees, customers, and employees of the FBI, Secret Service, US Army Command, the State Dept., and to many other local, state, and federal agencies. Also bamboozled are Interpol, the London Police, the NYPD, and presumably most of the 150 countries where it is sold.

**BACKGROUND:**

Oxygen Forensics makes software that allows users to extract data from phones, computers, drones and IT devices, including over 900 apps and +100 cloud applications. Even if the phone is locked or messages are deleted on the device, the software is still able to retrieve passwords, emails, messages, geolocation data and more. A leader in cloud extraction, Oxygen's products can hack into Whatsapp, Telegram, Signal, and other supposedly encrypted apps. It also has the "Keyscout" feature, which scans the device for passwords (including your device). It can also hack into devices remotely via its Oxygen Remote Explorer feature. In order to use this software, Oxygen employees routinely ask customers to lower their firewall and eliminate other security features, without revealing any connections to Russia, the Russian FSB, or Russian ransomware hackers, all of whom are directly tied to the company.

Note that I have gobs of evidence in the form of videos, documents, photos, and other items as I was the internal filmmaker. I worked with employees in Moscow on a weekly basis and even visited some of them in Moscow.

**KEY ALLEGATIONS:**

Oxygen Forensics is secretly managed and controlled by Russian executives who previously ran MKO Systems, but who are now hiding their roles in both companies. These are Oleg Fedorov (now based in Turkey), Oleg Davydov (Moscow), Galina Rabotenko (Moscow), and presumably people named Maxim Vyalkov (unknown), Sergey Sokolov (unknown), and Eduard Bendersky (Moscow). Galina Rabotenko and Oleg Davydov repeatedly lie that their primary residence is Cyprus, when in fact both reside in Russia.

Oxygen Forensics has a 50/50 revenue split with Oxygen Forensic Ltd., a Cyprus-based shell company. OF Ltd. sells software to Serbia, and perhaps a few other places. OF Ltd. is allegedly used for routing money back to MKO systems in

Related posts

r/EatTheRich • 5mo ago
A Foreign Hacker Broke Into the FBI Server Holding Epstein...


555 upvotes · 6 comments

r/Whistleblowers • 3d ago
EXCLUSIVE: Apple engineer says he was fired after refusing to sen...


311 upvotes · 3 comments

Peacock • Promoted
They're still standing on business. Stream a new season of Love Island: Beyond the Villa on Peacock.


peacocktv.com Sign Up

r/Whistleblowers • 1d ago
Snabbit is an extremely unethical company
10 upvotes

r/Whistleblowers Join
Keeping authority honest
A place to report abuse and dishonesty by the people with power.
Public

Home Popular News Explore Best of Reddit
Best of Reddit in Portuguese Best of Reddit in German
Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility

EXHIBIT 2

Russia. MKO Systems

reddit Find anything Ask Log In •••

Lee Reiber, the CEO c

ed.

These decisions instead are made by Russian supervisors. I saw this firsthand.

Oxygen Forensics' software is identical to the Russian company MKO Systems, only translated. Compare the demonstration video from MKO's "Mobilniy Kriminalist" with the demonstration video for Oxygen Forensic Detective (the software is the same). MKO Systems still uses old terms (e.g. "OxyAgent") in its description of its product features. The MKO version is called "Mobilniy Kriminalist" or "Мобильный Криминалист."

Some OF employees are aware of the glaring Russian connection, but are told the software programmers come from "all over the world." Countries mentioned are: Thailand, Cyprus, Israel and Ukraine. This information, which is passed onto customers, is misleading if not false.

Russian Federal Law No. 188-FZ passed June 29, 2015 requires that all software used by government computers have 50% or more of its programmers based in Russia, with at least 50% ownership by Russian citizens. Therefore, the majority of OF's programmers must be Russian since it sells to the FSB and other Russian government agencies.

MKO Systems' Russian sales partner, Aimtech (aimtech.ru), lists MKO systems as one of its products. According to its website, it sells software to the FSB and MVD (Russian government agencies). Its other sales partners in Russia also list the FSB and other agencies.

MKO Systems currently has several job listings in Moscow and Kursk for hacker/programmers. Among the twenty or so reviews from previous employees, all list their location as Russia.

Oxygen Forensics routinely misleads customers with its marketing by claiming that OF is "headquartered in Alexandria, Virginia." No mention is ever made of the Russia connection.

Oxygen employees routinely and knowingly lie to customers who ask if the software is Russian or has a Russian connection.

Oleg Fedorov has alleged multi-generational ties to the FSB and Russian intelligence. He may be tied to the manufacture Havana-syndrome weapons. This is according to his former neighbor, Tatiana Gabova, who wrote this in an online journal. When I met Oleg, he was lied through his teeth about his connections to Russia and claimed he was more or less their enemy. This is obviously not true as the company sells software to the FSB and many other Russian government agencies including the MVD.

Oxygen Forensics software plays a key role on the battlefield in the Ukraine-Russia war, helping Russian soldiers recover information from the phones of enemy and geolocating enemy drones. Additionally, the software plays a major role in border crossing investigations, as it can retrieve all or select information off a phone, or it can implant a data collection virus by quickly plugging the phone into a usb-like device. The software is also used to identify dissidents along with other criminals such as dissident ALSU KURMASHEVA, who was arrested by the FSB using Oxygen software according to docs in my possession.

According to recent press reports (Radio Svoboda), Russian Eduard Bendersky is a major investor in the company. He is the former head of the FSB Special forces, but still active in ops according to news reports. He is already sanctioned by the Treasury Dept. His son-in-law is the notorious ransomware hacker Maxim Yakubets, of Evil Corp., already wanted for $100 million in ransomware attacks.

The United States government (and many other governments) are unknowingly financing the development of Russian

EXHIBIT 2

The United States go
hacker software usec
war.



**NEED HELP:**

This company just hired NYC law firm Nixon Peabody in an effort to silence me and destroy evidence. I am looking for legal advice.

If you are worried about a Russian hacking software being used in the USA, or you don't want your tax dollars going to the Russian military industrial complex, please spread the word!

554 47 Share

XCOPRI • Promoted

Please see full prescribing information and medication guide at bit.ly/43M4YYF and Important safety information at bit.ly/4nbgGUl. Move forward with XCOPRI® ...

Learn More xcopri.com



Ask your doctor about XCOPRI.

Join the conversation

Sort by: Best Search Comments

**Few_Butterscotch7911** • 2mo ago

Dude...you need to publish this to substack or medium. Publish only what you can back up with evidence. Don't wait for mainstream press. This is REALLY big and you need to stay away from heights and windows....

207 Reply Share

**MaxWeissberg** OP • 2mo ago

I am thinking about dumping all the videos I have. They are jaw dropping.

45 Reply Share

**Zen_Gaian** • 2mo ago

Make sure you have multiple backups of everything and ensure that everything drops publicly somehow should anything happen to you or you go missing. You may want to get in touch with news organizations or an investigative reporter. Good luck to you!

EXHIBIT 2

reddit Find anything Ask Log In ...

kills

Get a lawyer ASAP

6 Reply Share

**Few_Butterscotch7911** • 2mo ago

YouTube can ban it quickly so upload to more than one host

3 Reply Share

**Few_Butterscotch7911** • 2mo ago

Are you in a one party consent state? I wouldn't want to give them an excuse to take things down and/or escalate against you

2 Reply Share

**JoeGibbon** • 2mo ago • Edited 2mo ago

WikiLeaks published info on Oxygen Forensics in 2011:

https://wikileaks.org/spyfiles/docs/oxygen/34_mobile-forensic-analysis-for-smartphones.html

At the end of the PDF, it shows Oxygen's address in Moscow.

edit: Corrected date. WL published in 2011, the document itself is from an Oxygen Forensics presentation in 2008.

123 Reply Share

**MaxWeissberg** OP • 2mo ago

They created the American front in 2015. That was when they claimed the Russians had basically left the company. Trust me, they spent millions of dollars and created a highly compartmentalized group of employees with lots of turnover. I saw ignorant government officials in front of my eyes and have since followed up with customers (and ex employees) to confirm they did not know that Russians currently run the company.

33 Reply Share

**rheactx** • 2mo ago

So this has been known for 18 years...

35 Reply Share

**MaxWeissberg** OP • 2mo ago

See my above comment. The American company in VA claimed to change hands in 2015 to Lee Reiber, but the Russians secretly kept control. The lies included saying that the programmers were "global" and not in Russia. Whenever customers (or employees event) explicitly asked about the Russia connection, they were lied to. (I was told this by another employee who admitted to his continuous lying - one of many shockers I saw). Customers were told that the company is headquartered in Alexandria VA, now

EXHIBIT 2

Mos
wek
the
reddit Find anything Ask Log In •••
company knew the truth, and the rest had very high turnover even when performing well. None of the employees, as far as I know, knew that a former FSB special forces head (Eduard Bendersky) is an investor in the Russian parent company, MKO Systems.

17 Reply Share

**Cypher_Blue** • 2mo ago

Do you have evidence to support these claims in court?

36 Reply Share

**MaxWeissberg** OP • 2mo ago

Yes. I have internal videos, FSB arrest docs, you name it. I need a lawyer to help me. They are trying to recovery two computers I kept as evidence. Happy to start posting the evidence here in the thread, but it could get flagged.

68 Reply Share

**Cypher_Blue** • 2mo ago

Where are you located, geographically?

7 Reply Share

**MaxWeissberg** OP • 2mo ago

NYC.

18 Reply Share

2 more replies

**Shaxx1sMyHomie** • 2mo ago

And of course there are multiple backups stored in multiple locations to preserve this data.... Right?

27 Reply Share

u/SensodyneOfficial • Promoted

YSK: Your teeth can't talk, but if they could, they'd be asking for Sensodyne Clinical White




ad.doubleclick.net Shop Now

EXHIBIT 2

StrenuousSOB ·

reddit Find anything Ask Log In ···

You did the right thing just jamming it out there. Now protect yourself!

13 Reply Share

**MaxWeissberg** OP • 2mo ago

Thank you!

8 Reply Share

**MaxWeissberg** OP • 2mo ago

UPDATE: A former employee has joined the cause!!! The employee is the former Fed Sales person who confirmed to me that the Feds were definitely bamboozled, including US Army command. How? Lots and lots of lying.

From the US Constitution, Article III: "**Treason** against the United States, shall consist only in levying War against them, or in adhering to their Enemies, **giving them Aid and Comfort**. No Person shall be convicted of Treason unless on the Testimony of **two Witnesses** to the same overt Act, or on Confession in open Court."

We now have two witnesses.

5 Reply Share

**Radiant-Dragonfly123** • 2mo ago

You know who I really trust is Liz Oyer former partner attorney for the Department of justice She is smart as anything. She certainly knows people who could help you. She is a true patriot. Absolutely disgusted with what is going on in this country. Here's her Facebook page you can message her through there https://www.facebook.com/profile.php?id=61578926025815

3 Reply Share

**MaxWeissberg** OP • 2mo ago

I appreciate this, but she doesn't seem to be whistleblower attorney in NYC which is who I am looking for based on these reddit comments. I have been sending out emails to lawyers. Please keep spreading the word. Thanks again!

2 Reply Share

**Radiant-Dragonfly123** • 2mo ago

Yes, but she will know people and she is trustworthy

2 Reply Share

**picklejester** • 2mo ago

This is bananas, after looking at the WikiLeaks post I stumbled on: https://maligninfluenceoperations.substack.com/p/ice-is-using-phone-extraction-software

EXHIBIT 2

Top comment: ☰ reddit Find anything Ask Log In •••

I hope you find the legal support you need op.

88 Reply Share

**CanuckInTheMills** • 2mo ago

This isn't a little leak. This is a gaping hole!

71 Reply Share

u/platinumTherapy • Promoted

Documented irradiance vs unverified claims



**BoatCaptainTim** • 2mo ago

Get some Thumb drives!

19 Reply Share

**sillysativoid** • 2mo ago

Damn
Thank you for your bravery and siding with the human cause

Just a cursory glance at other sources backs up your claims

Consider a dead man's switch or even publishing a qn archive of information via unblockable channels, like BitTorrent or interplanetary file system

If you can get a magnet link or infohash out this will blow all the way open

God speed

31 Reply Share

**HYPERNORD** • 2mo ago

You need to also investigate the background of lawyer you choose. This is deep and sensitive enough that there could be potential influence behind law firms too. I would guess most law firms are Jewish in NYC? Is there links and mutual benefits in FSB and Mossad for example in this field.

EXHIBIT 2

14

reddit Find anything Ask Log In

**namast_eh** • 2mo ago

RemindMe! 1 week

13 Reply Share

**picklejester** • 2mo ago

RemindMe! 1 week

7 Reply Share

**[deleted]**

Comment has been removed

Reply Share

**RemindMeBot** • 2mo ago • Edited 2mo ago

I will be messaging you in 7 days on **2026-06-03 03:44:38 UTC** to remind you of **this link**

**12 OTHERS CLICKED THIS LINK** to send a PM to also be reminded and to reduce spam.

Parent commenter can delete this message to hide from others.

| Info | Custom | Your Reminders | Feedback |
|---|---|---|---|

2 Reply Share

**The_LSD_Soundsystem** • 2mo ago

You need to talk to reporters at ProPublica or The Intercept via Signal ASAP before someone figures you out. And talk to legal counsel on how to navigate this.

11 Reply Share

**LivingFirst1185** • 2mo ago

The Intercept ratted out whistleblower Reality Winner when she came to them with evidence of Russian hacking in the 2016 election, leading to her getting a 5 year prison sentence for espionage for sneaking out the evidence. F' The Intercept. I'd trust The Guardian.

9 Reply Share

**Idiotan0n** • 2mo ago

This whole thing reminds me of l0phtcrack in the early 2000s

4 Reply Share

EXHIBIT 2

reddit Find anything Ask Log In

**heraplem** • 2mo

Uh, if this is tru... [text obscured by overlaid header]

1 Reply Share

**MaxWeissberg** OP • 2mo ago

I posted it here to warn people and hopefully cause people to alert others.

2 Reply Share

**IGetGuys4URMom** • 2mo ago

RemindMe! 2 week

3 Reply Share

**PantsLio** • 2mo ago

RemindMe! 2 weeks

3 Reply Share

**Donato_Francesco** • 2mo ago

RemindMe! 1 week

2 Reply Share

**country-blue** • 2mo ago

!remindme 6 months

2 Reply Share

**agent_steve** • 2mo ago

RemindMe! 1 week

2 Reply Share

**ComplianceQueen49** • 2mo ago

i'm just trying to figure out didn't they get enough stuff from Elon?

2 Reply Share

**EducationalCouple100** • 2mo ago

Oxygen Forensics software is still being developed by russians. Former OF employee here.

2 Reply Share

EXHIBIT 2

HowardRabb •

reddit

Find anything

Ask

Log In

EXHIBIT 2

EXHIBIT 2

r/Intelligence • 1mo ago
MaxWeissberg

# Russian hackers tricked US gov

I am a whistleblower of a Russian company using a front to deceive US law enforcement into purchasing Russian hacking software, without revealing that the software is Russian or tied to the FSB.

I am a former employee and observed that the company is secretly controlled by Russian executives based in Russia. Its customers do not know this.

**SUMMARY:**

Oxygen Forensics, a software company, has been lying about who controls the company and where its programmers are based. Ostensibly based in Alexandria, VA, the company is in fact secretly controlled by the Russian company MKO Systems, with the majority of its programmers based in the Moscow region. It has deep ties to the FSB, according to recent reports.

The company has repeatedly lied about its operations in Russia to its employees, customers, and employees of the FBI, Secret Service, US Army Command, the State Dept., and to many other local, state, and federal agencies. Also bamboozled are Interpol, the London Police, the NYPD, and presumably most of the 150 countries where it is sold.

**BACKGROUND:**

Oxygen Forensics makes software that allows users to extract data from phones, computers, drones and IT devices, including over 900 apps and +100 cloud applications. Even if the phone is locked or messages are deleted on the device, the software is still able to retrieve passwords, emails, messages, geolocation data and more. A leader in cloud extraction, Oxygen's products can hack into Whatsapp, Telegram, Signal, and other supposedly encrypted apps. It also has the "Keyscout" feature, which scans the device for passwords (including your device). It can also hack into devices remotely via its Oxygen Remote Explorer feature. In order to use this software, Oxygen employees routinely ask customers to lower their firewall and eliminate other security features, without revealing any connections to Russia, the Russian FSB, or Russian ransomware hackers, all of whom are directly tied to the company.

Note that I have gobs of evidence in the form of videos, documents, photos, and other items as I was the internal filmmaker. I worked with employees in Moscow on a weekly basis and even visited some of them in Moscow.

Related posts

r/Intelligence • 6d ago
Government-controlled Reddit Community for U.S. Secret Servic...
144 upvotes · 42 comments

r/Intelligence • 1mo ago
I spent my life fighting Russian spies. They haven't been this...


218 upvotes · 22 comments

r/Intelligence • 3mo ago
'The Worst Leak That I've Witnessed': U.S. Cybersecurity...
210 upvotes · 14 comments

goodrx • Promoted
GoodRx weight loss plans are $39/mo., plus medication costs. No price hikes, no hidden fees — just honest GLP-1 care that fits your...


goodrx.com
Learn More

r/Intelligence • 1mo ago
Spy chiefs in revolt over Trump demand for master list of every...


380 upvotes · 68 comments

r/Intelligence • 1y ago
All 5 Volumes of the Bipartisan Senate Intelligence Committees Report on Russian...
35 upvotes · 8 comments

EXHIBIT 2

reddit Find anything Ask Log In ...

**KEY ALLEGATIONS:**

Oxygen Forensics is secretly managed and controlled by Russian executives who previously ran MKO Systems, but who are now hiding their roles in both companies. These are Oleg Fedorov (now based in Turkey), Oleg Davydov (Moscow), Galina Rabotenko (Moscow), and presumably people named Maxim Vyalkov (unknown), Sergey Sokolov (unknown), and Eduard Bendersky (Moscow). Galina Rabotenko and Oleg Davydov repeatedly lie that their primary residence is Cyprus, when in fact both reside in Russia.

Oxygen Forensics has a 50/50 revenue split with Oxygen Forensic Ltd., a Cyprus-based shell company. OF Ltd. sells software to Serbia, and perhaps a few other places. OF Ltd. is allegedly used for routing money back to MKO systems in Russia. MKO Systems sells to CIS countries only.

Lee Reiber, the CEO of Oxygen Forensics, does not have final say on the marketing, products, or key business decisions. These decisions instead are made by Russian supervisors. I saw this firsthand.

Oxygen Forensics' software is identical to the Russian company MKO Systems, only translated. Compare the demonstration video from MKO's "Mobilniy Kriminalist" with the demonstration video for Oxygen Forensic Detective (the software is the same). MKO Systems still uses old terms (e.g. "OxyAgent") in its description of its product features. The MKO version is called "Mobilniy Kriminalist" or "Мобильный Криминалист."

Some OF employees are aware of the glaring Russian connection, but are told the software programmers come from "all over the world." Countries mentioned are: Thailand, Cyprus, Israel and Ukraine. This information, which is passed onto customers, is misleading if not false.

Russian Federal Law No. 188-FZ passed June 29, 2015 requires that all software used by government computers have 50% or more of its programmers based in Russia, with at least 50% ownership by Russian citizens. Therefore, the majority of OF's programmers must be Russian since it sells to the FSB and other Russian government agencies.

MKO Systems' Russian sales partner, Aimtech (aimtech.ru), lists MKO systems as one of its products. According to its website, it sells software to the FSB and MVD (Russian government agencies). Its other sales partners in Russia also list the FSB and other agencies.

MKO Systems currently has several job listings in Moscow and Kursk for hacker/programmers online. Among the twenty or so reviews from previous employees, all list their location as Russia.

I've guarded Trump for the Secret Service. It's harder than ever to...

56 upvotes · 17 comments

r/Intelligence • 18d ago
Former ODNI Official Warns Proposed Master List of All...

102 upvotes · 12 comments

r/Intelligence • 6mo ago
I ran the CIA unit protecting defectors – here's why spies turn...

119 upvotes · 6 comments

r/Intelligence • 3mo ago
I'm a former CIA agent - this is how Russia spies on the UK

70 upvotes · 8 comments

r/Intelligence • 5mo ago
Is there any evidence of spies in the FBI and CIA that were never caught due to the destruction...
12 upvotes · 10 comments

r/Intelligence • 4mo ago
FBI director gets his personal email hacked by 'Iran-linked...

129 upvotes · 10 comments

r/Intelligence • 4mo ago
German secret service allegedly wire-tapped US President Obam...

130 upvotes · 22 comments

r/Intelligence • 1y ago


EXHIBIT 2

Oxygen Forensics rou
Virginia." No mentio

reddit Find anything Ask Log In •••

Oxygen employees routinely and knowingly lie to customers who ask if the software is Russian or has a Russian connection.

Oleg Fedorov has alleged multi-generational ties to the FSB and Russian intelligence. He may be tied to the manufacture Havana-syndrome weapons. This is according to his former neighbor, Tatiana Gabova, who wrote this in an online journal. When I met Oleg, he was lied through his teeth about his connections to Russia and claimed he was more or less their enemy. This is obviously not true as the company sells software to the FSB and many other Russian government agencies including the MVD.

Oxygen Forensics software plays a key role on the battlefield in the Ukraine-Russia war, helping Russian soldiers recover information from the phones of enemy and geolocating enemy drones. Additionally, the software plays a major role in border crossing investigations, as it can retrieve all or select information off a phone, or it can implant a data collection virus by quickly plugging the phone into a usb-like device. The software is also used to identify dissidents along with other criminals such as dissident ALSU KURMASHEVA, who was arrested by the FSB using Oxygen software according to docs in my possession.

According to recent press reports (Radio Svoboda), Russian Eduard Bendersky is a major investor in the company. He is the former head of the FSB Special forces, but still active in ops according to news reports. He is already sanctioned by the Treasury Dept. His son-in-law is the notorious ransomware hacker Maxim Yakubets, of Evil Corp., already wanted for $100 million in ransomware attacks.

The United States government (and many other governments) are unknowingly financing the development of Russian hacker software used to target the West, identify dissidents, and make advances on the battlefield in the Ukraine-Russia war.

**NEED HELP:**

This company just hired NYC law firm Nixon Peabody in an effort to silence me and destroy evidence. I am looking for legal advice.

ɔax'?




32 upvotes · 38 comments

r/Intelligence • 6mo ago

ICE deploys hacking software with alleged ties to Russian security...




178 upvotes · 21 comments

r/Intelligence • 14d ago

Oxygen Forensics admits it has Ransomware capabilites

9 upvotes

r/Intelligence • 5d ago

Former CIA Director Panetta: US locked into 'unwinnable war' wit...




126 upvotes · 14 comments

r/Intelligence • 3d ago

Former CIA Director Brennan Warns Trump Administration...




120 upvotes · 2 comments

r/Intelligence • 4d ago

Q: Can you rule out that Iran is behind that cyber attack? Trump: No, I think Minnesota is...

114 upvotes · 12 comments

r/Intelligence • 2d ago

Spying on Trump's White House has never been easier




93 upvotes · 8 comments

r/Intelligence • 4d ago

CIA Assessment Details Israel's Race to Make the U.S.-Israel Alliance Irreversible

EXHIBIT 2

If you are worried ab
Russian military indu

reddit Find anything Ask Log In

119 27 Share

MGBCoralStudy • Promoted

Brigham and Women's Hospital is recruiting participants who experience migraine for a research study on cocoa extract supplements.

Learn More rally.massgeneralbrigham.org




Join the conversation

Sort by: Best Search Comments

**GayRonSwanson** • 1mo ago

If what you say is accurate, you need to immediately contact your nearest FBI office (go in person if possible) and request to speak with the cyber or counterintelligence squad. If you are outside the U.S., go in person to your nearest U.S. Embassy or consulate, walk in, and inform the embassy that you need to report something to FBI or a security representative at the embassy.

30 Reply Award Share

**MaxWeissberg** OP • 1mo ago

I reported it everywhere I could.

6 Reply Award Share

**Beautiful_Gur_9776** • 1mo ago

spoke to some folk, this has always been known. don't think you're doing much here

1 Reply Award Share

**MaxWeissberg** OP • 1mo ago

Most who've been in the industry more than 10 years were aware of a Russian connection in the past. They brought in a new CEO to hide that connection (plus a lot of lying). When people asked about Russia, they were told a lie. Again and again, Lee Reiber told people that there was no Russian control and the Russians milling about were based in Cyprus, not Russia.

Former DHS Official Warns Trump Administration Turning...

76 upvotes · 2 comments

r/Intelligence • 4d ago

CISA Official Tells Congress Agency Too Depleted to Provide...

76 upvotes · 4 comments

r/Intelligence • 3d ago

Mossad and CIA Shift to HUMINT in Hunt for Iran Supreme Leader...

69 upvotes · 5 comments

r/Intelligence • 10h ago

Espionage Expert Warns Trump Administration Alarmingly Simpl...

47 upvotes · 1 comment

r/Intelligence • 2d ago

Does Trump even care if Russia helps Iran target US troops?




46 upvotes · 12 comments

**r/Intelligence** Join

**Intelligence**
A general purpose subreddit for news and discussions on everything related to intelligence and espionage

Public

Home Popular News Explore Best of Reddit
Best of Reddit in Portuguese Best of Reddit in German

EXHIBIT 2

reddit Find anything Ask Log In ••• greement
Reddit, Inc. © 2026. All rights reserved.

Good luck finding any mention of Russia on the OF website. Whenever I even mentioned Russia internally, I was immediately silenced and told to delete my message. Same thing happened when I once spoke Russian in front of a customer - I was told never to do that again. I could go on and on. Most of the sales people were completely in the dark.

They kept all the employees compartmentalized with high turnover just to prevent people from finding out that the controllers and all the programmers were in the Moscow region, not "global" or in "Cyprus" as so often claimed. We were lied to. Institutional memory is not as strong as you think. Amazingly a fake Linkedin profile and some lying can go a long way.

Otherwise you have to assume that the Feds were just okay installing Russian hacking software (controlled by the FSB) that should be otherwise sanctioned under Exec order 14024. And they were totally fine financing state-sponsored Russian hackers (as in the kind of people that ransomware US companies). The nephew of the main investor, Maxim Yakubets, is already wanted by the FBI - so you think people knew this always and were just cool about it? Are your friends telling you about Oleg Fedorov (the real CEO) and his FSB familial connections?

With this post, I am making sure others aren't duped like I initially was.

3 Reply Award Share

**Mercurion77** • 1mo ago

Any verifiable links?

16 Reply Award Share

**MaxWeissberg** OP • 1mo ago

I have all the docs and can show them. Some are in this video: https://youtu.be/OmEPNAy3RtA

19 Reply Award Share

**Disastrous-You4652** • 1mo ago

I'm actually interested in helping you, but is there anything firsthand you can send me? You can DM me if you'd like to chat more

12 Reply Award Share

**MaxWeissberg** OP • 1mo ago

DMing you.

5 Reply Award Share

u/goabacuscorp • Promoted

EXHIBIT 2

On-Prem AI wi
Learn More

reddit Find anything Ask Log In •••



**MaxWeissberg** OP • 1mo ago

If you want to see the movie version of this story (with evidence), it's here: https://youtu.be/OmEPNAy3RtA

10 Reply Award Share

**mascabrown** • 1mo ago

Why the video is hiding? The guy with glasses speaking in russiam, he seems an "IA MADE ACTOR"

5 Reply Award Share

**Mid-Class-Deity** • 1mo ago

December 2023 https://www.forbes.com.au/news/innovation/russian-hackers-lawsuit-reveal-weakness-in-apple-ios-16/

February 2026 https://maligninfluenceoperations.substack.com/p/ice-is-using-phone-extraction-software&ved=2ahUKEwjrrZ7i4p2VAxX6mWoFHTVPCz4Q1fkOegoIAggACAEIGxAC&opi=89978449&cd&psig=AOvVaw1lTb1LCrqRueeJ2RrGsEr1&ust=1782318182102000

9 Reply Award Share

**MaxWeissberg** OP • 1mo ago

Thanks for sharing. I have been spreading word myself on the latter article, which I refer to in the post above. Now all we need is the Treasury Dept to act and shut it down in violation of Executive Order 12024. No need for US tax dollars to finance FSB-linked Russian hackers.

9 Reply Award Share

**heliox** • 1mo ago

This post smells wrong.

3 Reply Award Share

**MaxWeissberg** OP • 1mo ago

Using my real name on here...

-1 Reply Award Share

**littlegimpy** • 1mo ago

EXHIBIT 2

Inspector Gen

reddit Find anything Ask Log In

3 Reply Award Share

u/thecanonicalmg • Promoted

Organize your files with a prompt

Download

getsortio.com



**survivalist_guy** • 1mo ago

Shoot this to Bellingcat - they love this kind of stuff.

5 Reply Award Share

**Successful-Escape-74** • 1mo ago

Russia is now a US Ally per the current regime. You need to keep up. I don't agree with it. But hey the US President recently rolled out the red carpet for his friend Vladimir Putin! It's all good he and the cult leader in Hawaii that directs the DNI trust him!

2 Reply Award Share

**Dalainana** • 1mo ago

Shared it in r/NAFO 🐶 they're cute and do internet things for five years of the three day special operation. Hope you'll be fine, stay away from windows.. Heroyam Slava, Slava Ukraini 🇺🇦

1 Reply Award Share

**AlfredoVignale** • 1mo ago

EXHIBIT 2

EXHIBIT 2

Find anything Ask Log In ...

**r/Intelligence** • 14d ago
MaxWeissberg

## Oxygen Forensics admits it has Ransomware capabilites

I am writing an update to a previous post I filed about Oxygen Forensics, a Russian front for MKO Systems based out of Moscow, Russia. All of Oxygen's programmers are in fact employees for MKO Systems, as Oxygen has no programmers of its own (and therefore no one to inspect the software). The software is far more dangerous than previously known, according to OF employees.

It is already publicly known that the software can scan your computer for all its passwords in seconds (via Keyscout), it can remotely obtain email, Signal messages, whatsapp messages (even deleted ones), text messages, telegram messages, geo-coordinates, etc. etc. The software is used by US State Dept., FBI, ICE, Secret Service, US Army Command, the NYPD, London Police, Dubai police, etc. etc. These entities did not know the company is controlled in Moscow by the FSB until I recently informed them.

According to press reports (and what I saw internally), a major investor in the company is Eduard Bendersky, former head of FSB special forces, whose son-in-law is Maxim Yakubets, a ransomware hacker wanted for $100 million in ransomware attacks.

As the whistleblower in this case (and former employee), I am currently being sued by Oxygen Forensics in an attempt to silence me. They are repped by Christopher Mason of Nixon Peabody, NYC.

What Oxygen Forensics users may not know is that the company has the ability to remotely wipe the entire computer on which the software is installed. This was just released publicly in our court case by Andrew Vardaro, who wrote in a legal filing: "*Oxygen Forensics had the technical capability to delete all data and information from, or "wipe," the Dell Precision 7560 (Windows) Company Laptop* [with OF software installed] *remotely at any point during the more than seven months following Defendant's termination, but did not attempt to do so.*"

The computer with OF installed is turned off, so they can't wipe the evidence.

Just putting this here because it verifies - from the horse's mouth - that the software is extremely dangerous and many US governments and corporations are at risk of being ransomwared.

I strongly encourage current OF employees to explain themselves in this forum why they have been so secretive about their control by Russian citizens with direct FSB connections.

9 0

Depop • Promoted

Anyone else got the urge to clear out their closet and sell everything on Depop?

Download

depop.com



Join the conversation



Be the first to comment

EXHIBIT 2

Find anything Ask Log In ...

## Related posts

r/Intelligence • 18d ago

Former ODNI Official Warns Proposed Master List of All Espionage Targets and Suspected Spies Poses Catastrophic Counterintelligence Risk

icbrief

102 upvotes · 12 comments

Depop • Promoted

Anyone else got the urge to clear out their closet and sell everything on Depop?




depop.com Download

r/Intelligence • 1y ago

"We are currently clean on OPSEC"

336 upvotes · 59 comments

r/Intelligence • 1mo ago

Russian hackers tricked US gov

119 upvotes · 27 comments

r/Intelligence • 6d ago

Government-controlled Reddit Community for U.S. Secret Service Applicants Bans Discussion of Polygraphs




144 upvotes · 42 comments

r/Intelligence • 5d ago

Former CIA Director Panetta: US locked into 'unwinnable war' with Iran




126 upvotes · 14 comments

r/Intelligence • 3d ago

Former CIA Director Brennan Warns Trump Administration Misdirecting Counterterrorism Professionals Toward Political Targets

icbrief

120 upvotes · 2 comments

r/Intelligence • 4d ago

Q: Can you rule out that Iran is behind that cyber attack? Trump: No, I think Minnesota is behind it. I don't think there was an Iranian cyber attack.

114 upvotes · 12 comments

r/Intelligence • 2d ago

Spying on Trump's White House has never been easier




EXHIBIT 2

93 upvotes · 8 c

Find anything Ask Log In •••

r/Intelligen...

CIA Assessment Details Israel's Race to Make the U.S.-Israel Alliance Irreversible

91 upvotes · 21 comments

r/Intelligence • 1d ago

Former DHS Official Warns Trump Administration Turning Intelligence Apparatus Into Instrument of Personal Revenge After Warrantless Comey Surveillance Revealed

icbrief

76 upvotes · 2 comments

r/Intelligence • 4d ago

CISA Official Tells Congress Agency Too Depleted to Provide Normal Election Security Assistance Ahead of 2026 Midterms

icbrief

76 upvotes · 4 comments

r/Intelligence • 3d ago

Mossad and CIA Shift to HUMINT in Hunt for Iran Supreme Leader Khamenei Who Has Gone Dark for 150 Days

icbrief

69 upvotes · 5 comments

r/Intelligence • 10h ago

Espionage Expert Warns Trump Administration Alarmingly Simple to Spy On as Foreign Intelligence Services Target Mar-a-Lago and Unqualified Appointees

icbrief

47 upvotes · 1 comment

r/Intelligence • 2d ago

Does Trump even care if Russia helps Iran target US troops?




46 upvotes · 12 comments

r/Intelligence • 21h ago

FBI Agent Charged in $1M Crypto Theft Turned to ChatGPT to Plan His Exit

45 upvotes · 1 comment

r/Intelligence • 5d ago

An unprecedented ranking of Europe's best spies




41 upvotes · 12 comments

r/Intelligence • 6d ago

Secret Service 'illegally' surveilled Comey

38 upvotes · 4 comments

r/Intelligence • 3d ago

A qualitative shift in U.S.-Israel intelligence sharing and implications for other countries




33 upvotes · 9 comments

EXHIBIT 2

r/Intelligen

Why The Most

Find anything Ask Log In •••




31 upvotes · 7 comments

r/Intelligence • 1d ago

Trump has increased the number of spies in Cuba as US mulls a military invasion: report




30 upvotes · 1 comment

r/Intelligence • 6d ago

US government map of Africa mislabels every country at global conference

30 upvotes · 5 comments

r/Intelligence • 2d ago

Nigel Farage Funder George Cottrell's Accountant Co-Invested With Russia-Linked Indicted Cocaine Trafficker




23 upvotes

r/Intelligence • 3d ago

Does the directorate of analysis in the CIA value military experience?

20 upvotes · 10 comments

r/Intelligence • 4d ago

Scope of Hacks on U.S. Water Supply Widens as Evidence Points to Iran




19 upvotes · 1 comment

r/Intelligence • 6d ago

Minority Report: FBI Seeks AI for Political Watch List




18 upvotes

Home Popular News Explore Best of Reddit Best of Reddit in Portuguese Best of Reddit in German Reddit Rules Privacy Policy User Agreement Your Privacy Choices Accessibility Reddit, Inc. © 2026. All rights reserved.

EXHIBIT 2

EXHIBIT 2

reddit Find anything Ask Log In •••

r/digitalforensics • 13d ago
MaxWeissberg

# Oxygen Forensics admits it has Ransomware capabilites

I am writing an update to a previous post I filed about Oxygen Forensics, a Russian front for MKO Systems based out of Moscow, Russia. All of Oxygen's programmers are in fact employees for MKO Systems, as Oxygen has no programmers of its own (and therefore no one to inspect the software). The software is far more dangerous than previously known, according to OF employees.

It is already publicly known that the software can scan your computer for all its passwords in seconds (via Keyscout), it can remotely obtain email, Signal messages, whatsapp messages (even deleted ones), text messages, telegram messages, geo-coordinates, etc. etc. The software is used by US State Dept., FBI, ICE, Secret Service, US Army Command, the NYPD, London Police, Dubai police, etc. etc. These entities did not know the company is controlled in Moscow by the FSB until I recently informed them.

According to press reports (and what I saw internally), a major investor in the company is Eduard Bendersky, former head of FSB special forces, whose son-in-law is Maxim Yakubets, a ransomware hacker wanted for $100 million in ransomware attacks.

As the whistleblower in this case (and former employee), I am currently being sued by Oxygen Forensics in an attempt to silence me. They are repped by Christopher Mason of Nixon Peabody, NYC.

What Oxygen Forensics users may not know is that the company has the ability to remotely wipe the entire computer on which the software is installed. This was just released publicly in our court case by Andrew Vardaro, who wrote in a legal filing: "*Oxygen Forensics had the technical capability to delete all data and information from, or "wipe," the Dell Precision 7560 (Windows) Company Laptop* [with OF software installed] *remotely at any point during the more than seven months following Defendant's termination, but did not attempt to do so.*"

The computer with OF installed is turned off, so they can't wipe the evidence.

Just putting this here because it verifies - from the horse's mouth - that the software is extremely dangerous and many US governments and corporations are at risk of being ransomwared.

I strongly encourage current OF employees to explain themselves in this forum why they have been so secretive about their control by Russian citizens with direct FSB connections.

73 | 28 | Share

Wrong_Marzipan_4057 • Promoted

Be among the first to test a chatbot trained on accurate sources.




## People also ask about

- Role of digital forensics analysts
- Introduction to computer forensics
- Forensic science career options
- Latest trends in digital forensics technology
- Impact of AI on digital forensics practices

## Related posts

r/cybersecurity • 25d ago
Ransomware negotiator hired to represent victims was working fo...


445 upvotes · 7 comments

TaskUsHQ • Promoted
Your engineers should be building models, not managing data labeling workforces.


taskus.com Read More

r/cybersecurity • 10mo ago
How bad does it get in computer forensics?
105 upvotes · 52 comments

r/cybersecurity • 2mo ago
I'm a security professional who has dealt with ransomware. AMA about incident response an...

EXHIBIT 2

View More

reddit Find anything Ask Log In

Try it now →

Join the conversation

Sort by: Best Search Comments

**rocksuperstar42069** • 13d ago

Next you're gonna tell me Cellebrite is an Israeli company funded by the IDF or that Magnet Forensics is a Canadian company!

13 Reply Award Share

**MaxWeissberg** OP • 11d ago

Big difference between Israel, Canada, and Russia.

1 Reply Award Share

**rocksuperstar42069** • 10d ago • Edited 10d ago

Why? None of them are American, assuming this is supposed to be a pro american post.

DFIR exists elsewhere too. We work with the companies we can. When Microsoft or Apple want to help let me know.

Exit: Also the fact you're just learning how MDM works now is crazy.

1 Reply Award Share

2 more replies

**MaxWeissberg** OP • 13d ago

I have been spending the last two weeks asking my former employees to turn themselves in to federal authorities. Some have quit. Others think they can keep fooling the Feds because they've done it for a decade now.

8 Reply Award Share

**persiusone** • 13d ago

This doesn't surprise me. Thanks for the overview! I'd like to follow more- do you have a court case number or similar I can provide to others?

3 Reply Award Share

**MaxWeissberg** OP • 13d ago • Edited 13d ago

r/cybersecurity • 7mo ago
I got a ransomware scare at work and now I don't trust local storage
87 upvotes · 74 comments

r/digitalforensics • 2mo ago
Oxygen Forensics tricked the USGOV
23 upvotes · 21 comments

r/cybersecurity • 6mo ago
Computer forensic specialists, what does your day look like?
51 upvotes · 13 comments

r/cybersecurity • 2mo ago
DF/IR Community
12 upvotes · 16 comments

r/cybersecurity • 28d ago
What open-source tools do you use for security monitoring?
29 upvotes · 21 comments

r/cryptography • 1y ago
I was hit with my first ransomware
88 upvotes · 19 comments

r/Hacking_Tutorials • 3mo ago
Reconstructing One of the First Documented Cyber Espionage...
14:59
43 upvotes · 8 comments

r/SecOpsDaily • 1mo ago
Tata Electronics confirms cyberattack as hackers leak data
2 upvotes

EXHIBIT 2

Kings cou
in the cou

reddit Find anything Ask Log In •••

free to contact me and I can send you shocking evidence.

10 Reply Award Share

**MaxWeissberg** OP • 11d ago

Here is the link to the Oxygen Forensic's Affidavit stating that they can remotely wipe the computer on which it is installed (paragraph 24):

https://drive.google.com/file/d/1046xV7AGkAX4ubmGwqTYnL9fpn0L3gvv/view?usp=drive_link

I am in possession of two laptops. Only the one with OF software installed is remotely wipeable. This should alarm any Oxygen Forensic software users, especially those in government, that Oxygen Forensics could have these capabilities on their systems.

As for paragraph 30 (where they claim governments have done due diligence on OF), I have personally seen their attempts to misinform government agencies on who controls the company and its business structure. I have seen this also in documented form.

One of the most alarming things I witnessed was overhearing my co-workers laughing about the lies they had told customers. I once heard two customers joking about saying "Sure we check for backdoors" to customers. I could go on and on.

2 Reply Award Share

**AshuraSg** • 11d ago

Seems to me that this just means that those devices Oxygen issued to their staff are deployed with means that allows them to remotely wipe them. Doesn't really says it is via installation of Oxygen the application itself. This is a very common Endpoint Management approach were applications for these are quite easily available in the market like how MDMs are for mobile devices.

5 Reply Award Share

**MaxWeissberg** OP • 11d ago • Edited 11d ago

Make of it what you will. I put the docs here for public discussion and transparency. They hired one of the most expensive law firms to recover these computers which are worth only a few thousand at most. If the computers were worthless, there wouldn't be an army of lawyers after me.

-3 Reply Award Share

4 more replies

u/landgate • Promoted

Meta's pledge to make their Clark County data center run 100% renewable sets precedent for Indiana







Ransomware Group Threatening to Leak Data Stolen From Coca-...

140 upvotes · 56 comments

r/digitalforensics • 2y ago

Opinions Needed

2 upvotes · 2 comments

r/DailyTechNewsShow • 1mo ago

Claude accused of secretly harvesting user data and hiding it inside steganographic prompts

152 upvotes · 15 comments

r/digitalforensics • 9d ago

What is cyber forensics?

10 upvotes · 9 comments

r/CyberNews • 4mo ago




A new forensic audit has revealed that tech giants are systematicall...

358 upvotes · 47 comments

r/digitalforensics • 10d ago

Digital Forensics Career

9 upvotes · 11 comments

r/digitalforensics • 24d ago

Computer forensics

16 comments

r/digitalforensics • 2mo ago

Open-source mobile forensics

16 upvotes · 29 comments

r/UFOs • 4mo ago

EXHIBIT 2

Learn More

reddit Find anything Ask Log In •••



**givemeanaccountffs** • 13d ago

Sounds interesting, but how can I believe you? Is there a way to verify your claims?

1 Reply Award Share

**MaxWeissberg** OP • 13d ago

Kings country supreme court: INDEX NO. 505522/2026, Oxygen Forensics vs. Max Weissberg. I put evidence in the court docket that shows that proves the company is a front for Kremlin-controlled company MKO Systems.

3 Reply Award Share

**doppiamunnezza** • 12d ago

Hi, i would be interested to receive any document you can share about this story

1 Reply Award Share

2 more replies

**softwarebuyer2015** • 13d ago

> The software is used by US State Dept., FBI, ICE, Secret Service, US Army Command, the NYPD, London Police, Dubai police, etc. etc. These entities did not know the company is controlled in Moscow by the FSB until I recently informed them

Oh really

1 Reply Award Share

**MaxWeissberg** OP • 12d ago

Yes. You read that correctly.

1 Reply Award Share

**19HzScream** • 13d ago

Wow, yakubets make an appearance again. By proxy I suppose

3 Reply Award Share

**Trashpandafarts** • 9d ago

If O2 has all that going on it needs to be cheaper than it is

ly linked to
ıd claimed that...

1.1K upvotes · 153 comments

r/CyberNews • 7d ago

Officials cite "unacceptable risks" to national security, warning that...




48 upvotes · 36 comments

r/artificial • 24d ago

Someone built an AI agent that hacks networks and holds data for ransom. It just worked.

113 upvotes · 29 comments

r/Intelligence • 14d ago

Oxygen Forensics admits it has Ransomware capabilites

9 upvotes

r/Intelligence • 1mo ago

Russian hackers tricked US gov

119 upvotes · 27 comments

r/Intelligence • 6mo ago

ICE deploys hacking software with alleged ties to Russian security...




178 upvotes · 21 comments

VIEW POST IN

Français

Português (Brasil)

See more

r/digitalforensics Join

EXHIBIT 2

u/CapeCellular • Promoted

A private mobile carrier designed to limit surveillance, not enable it.

Learn More cape.co




Home Popular News Explore Best of Reddit
Best of Reddit in Portuguese Best of Reddit in German
Reddit Rules Privacy Policy User Agreement
Your Privacy Choices Accessibility
Reddit, Inc. © 2026. All rights reserved.

**Cold-Cauliflower-306** • 13d ago

before you did this. you should've thought about whom you were helping and why. Is it right to help these 3 letter agencies?

-4 Reply Award Share

**[deleted]** • 13d ago

Comment deleted by user

Reply Share

**MaxWeissberg** OP • 12d ago

I have personally spoken to customers who told me they were clueless about Russian control. This was also confirmed to me by multiple sales people, including the head of US Federal sales. Even the employees were lied to. But definitely some people knew for sure. But I don't think even those who knew about Russian control were aware a former FSB employee owns a chunk of the company.

1 Reply Award Share

**[deleted]** • 13d ago

Comment deleted by user

Reply Share

**MaxWeissberg** OP • 13d ago • Edited 11d ago

Great. Then they should put on their website that their HQ is in Moscow, and people like me will have nothing further to say. When connections to the FSB and ransomware hackers are hidden, that makes me alarmed. And I can tell you the company was not interested in money (one red flag among hundreds I encountered) as they could easily cash out and walk away millions. Venture capitalists have been circling the company for years, but they won't shed their Russian control or Russian programmers, even if it means a $400 million windfall for the founders. That is super suspicious imo.

Recall the Israelis spent years selling cheap pagers and walkie-talkies, and then waited years before turning

EXHIBIT 2

them intc
governm

reddit Find anything Ask Log In

Recent Russian ransomware attacks have been terrible. Just look at what happened last week to Coca Cola who had an entire division shut down (worth $4 billion) because of ransomware attacks. No reason the Russians should have that kind of power over us.

4 Reply Award Share

**shadowb0xer** • 13d ago

I didn't like waiting 48hrs for Igor from support to suggest closing the application and starting over

EXHIBIT 2

EXHIBIT 2

reddit Find anything Ask Log In ...

r/ActiveMeasures • 2d ago
MaxWeissberg

# Oxygen Forensics admits it has Ransomware capabilites

I am writing an update to a previous post I filed about Oxygen Forensics, a Russian front for MKO Systems based out of Moscow, Russia. All of Oxygen's programmers are in fact employees for MKO Systems, as Oxygen has no programmers of its own (and therefore no one to inspect the software). The software is far more dangerous than previously known, according to OF employees.

It is already publicly known that the software can scan your computer for all its passwords in seconds (via Keyscout), it can remotely obtain email, Signal messages, whatsapp messages (even deleted ones), text messages, telegram messages, geo-coordinates, etc. etc. The software is used by US State Dept., FBI, ICE, Secret Service, US Army Command, the NYPD, London Police, Dubai police, etc. etc. These entities did not know the company is controlled in Moscow by the FSB until I recently informed them.

According to press reports (and what I saw internally), a major investor in the company is Eduard Bendersky, former head of FSB special forces, whose son-in-law is Maxim Yakubets, a ransomware hacker wanted for $100 million in ransomware attacks.

As the whistleblower in this case (and former employee), I am currently being sued by Oxygen Forensics in an attempt to silence me. They are repped by Christopher Mason of Nixon Peabody, NYC.

What Oxygen Forensics users may not know is that the company has the ability to remotely wipe the entire computer on which the software is installed. This was just released publicly in our court case by Andrew Vardaro, who wrote in a legal filing: "*Oxygen Forensics had the technical capability to delete all data and information from, or "wipe," the Dell Precision 7560 (Windows) Company Laptop* [with OF software installed] *remotely at any point during the more than seven months following Defendant's termination, but did not attempt to do so.*"

The computer with OF installed is turned off, so they can't wipe the evidence.

Just putting this here because it verifies - from the horse's mouth - that the software is extremely dangerous and many US governments and corporations are at risk of being ransomwared.

I strongly encourage current OF employees to explain themselves in this forum why they have been so secretive about their control by Russian citizens with direct FSB connections.

27 · 3

OpenAI Ad ...

Bring your next build to life with Codex in ChatGPT. Start for free today with generous usage limits.

Sign Up chatgpt.com



## Related posts

r/ActiveMeasures • 4d ago
Russiagate Was Real, Trump Admits


152 upvotes · 2 comments

ezCater_Official • Ad ...
Create a better mood at work with better food at work. ezCater can help.


ezcater.com Learn More

r/ActiveMeasures • 3d ago
Every Russian Orthodox Priest Abroad Is Linked to Russian...


123 upvotes · 5 comments

r/ActiveMeasures • 7d ago
Trump Just Accidentally Revealed His Plan to 'Stop' the Midterms


92 upvotes · 2 comments

r/ActiveMeasures • 6d ago
Survivors of Iranian attack that killed 6 U.S. troops say generals...


80 upvotes · 1 comment

r/ActiveMeasures • 2d ago
Have a look at this clear Russian Bot's Talking Points/Memes injected into a religious sub...
76 upvotes · 6 comments

EXHIBIT 2

reddit Find anything Ask Log In

**been_** • 1d ago

Can you elaborate a bit more regarding your role at the company

3

**MaxWeissberg** OP • 1d ago

I was in charge of all the videos, photography, and animation. I regularly travelled to events and was one of the few employees who was "de-compartmentalized" as everyone lived in a different city, more or less. I also interacted with Moscow employees on a weekly basis. The Sales dept was kept in the dark meanwhile and had almost zero interaction with the Russians.

3

**been_** • 1d ago

Wow that's crazy and thanks for answering!

1

security. His team has cut...




45 upvotes · 2 comments

r/ActiveMeasures • 20h ago

An election denier called for the president to fire the Election...




40 upvotes

r/ActiveMeasures • 3d ago

The Wounded Americans Trump Doesn't Want You To See




40 upvotes

r/ActiveMeasures • 4d ago

France to summon Russia's ambassador over "sabotage and...




37 upvotes

r/ActiveMeasures • 3d ago

Russian troops survive just 20-30 minutes on Ukraine's front lines,...




33 upvotes · 1 comment

r/ActiveMeasures • 6d ago

Kash Patel's Late Stock Disclosure Raises STOCK Act Questions




33 upvotes · 1 comment

r/ActiveMeasures • 23h ago

Iran strikes on CIA facilities prompt questions about possible Russian role

28 upvotes · 4 comments

r/ActiveMeasures • 7d ago

Teenager accused of carrying out



EXHIBIT 2

reddit Find anything Ask Log In •••




r/ActiveMeasures • 5d ago

On the same day, a Florida airport and a Tennessee bridge are...




22 upvotes · 2 comments

r/ActiveMeasures • 5d ago

How the Secretary of State Degraded his Own Intelligence...




22 upvotes

r/ActiveMeasures • 4d ago

The Propaganda Promise of AI: The top editor of the governmen...




19 upvotes

r/ActiveMeasures • 3d ago

FBI Director Kash Patel plans Russia trip

17 upvotes · 2 comments

r/ActiveMeasures • 23h ago

How corruption made Russian political interference triumph




15 upvotes

r/ActiveMeasures • 2d ago

Apps Marketed to US Troops Are Shipping Chinese and Russian...




13 upvotes · 2 comments

r/ActiveMeasures • 4d ago

Canadian forest fires

12 upvotes · 4 comments

EXHIBIT 2

reddit Find anything Ask Log In •••

e Highlights How
Historical...

11 upvotes · 1 comment

r/ActiveMeasures • 6d ago

A Few Intelligence Nuggets Emerge in Newly Released...




8 upvotes

r/ActiveMeasures • 2d ago

North Korea's IT worker scheme funds Russia's war effort




7 upvotes

r/ActiveMeasures • 2d ago

Moscow's Special Diplomatic Operation




5 upvotes

r/ActiveMeasures • 4d ago

Who is Karen Malayan: Russia's top diplomat in Brussels, or yet...




4 upvotes

## r/ActiveMeasures

Join

**Active Measures**

For the discussion of active measures and influence campaigns. With current events as they are, this is meant to be a space to...

Show more

Public

Home Popular News Explore Best of Reddit
Best of Reddit in Portuguese Best of Reddit in German
Reddit Rules Privacy Policy User Agreement

EXHIBIT 2

reddit Find anything Ask Log In ••• ed.

EXHIBIT 2