IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OXYGEN FORENSICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MR. MAX WEISSBERG,<br><br>Defendant. | Case No. 1:26-cv-2826 (RDA/LRV) |

**ORDER**

This matter comes before the Court on Oxygen Forensics, Inc.'s ("Plaintiff") Motion for a Preliminary Injunction and Expedited Hearing. Dkt. 5. Pursuant to Federal Rule of Civil Procedure Rule 65, the Court may issue a preliminary injunction only on notice to the adverse party. On review of the docket, the Court notes that Plaintiff has not yet served Defendant in accordance with Rule 4. Plaintiff seeks an "expedited hearing on the Motion as soon as possible after Plaintiff files its Complaint and Motion." Dkt. 6 ¶ 76. This is not appropriate where the relief sought is a *preliminary injunction* and is not consistent with Rule 65. After Plaintiff has served Defendant, Plaintiff may notice a hearing that provides Defendant with an appropriate time to respond.

Accordingly, it is hereby ORDERED that, to the extent that Plaintiff seeks an expedited hearing on its request for a preliminary injunction, that request is DENIED.

The Clerk of the Court is directed to forward copies of this Order to counsel of record.

IT IS SO ORDERED.

Alexandria, Virginia
September 2, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge