**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| OXYGEN FORENSICS, INC. | * | |
| Plaintiff, | * | |
| v. | * | |
| MAX WEISSBERG | * | Case No.: 1:26-cv-02826 |
| Defendant. | * | |

* * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Oxygen Forensics, Inc. ("Plaintiff"), through counsel, files this Notice of Withdrawal of Plaintiff's Motion for Preliminary Injunction (Doc. 5), and says:

1. Plaintiff hereby withdraws its Motion for Preliminary Injunction (Doc. 5) and requests that the hearing on Plaintiff's Motion for Preliminary Injunction currently scheduled for September 23, 2026, at 10:00 A.M. be cancelled.

Date: September 22, 2026

Respectfully submitted,

*/s/ Alexander Chizhik*
Alexander Chizhik, Esq.
MD Bar No. 0101040004
Femida.us
66 Canal Center Plaza, Ste. 505
Alexandria, VA 22314
ac@femida.us
703-739-9111
*(Pro Hac Vice)*

*/s/ Kevin R. Garden*
Kevin R. Garden, Esq.
VA Bar: No. 30244
Femida.us
66 Canal Center Plaza, Ste. 505
Alexandria, VA 22314
kg@femida.us
703-739-9111

*Attorneys for Plaintiff Oxygen Forensics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served electronically upon each party and attorney of record registered to receive electronic service and electronically filed with this Court on the 22nd day of September, 2026. A copy of the Notice was emailed to Defendant at the email address tovareeshmakc@gmail.com and mailed via first-class mail, postage prepaid, to Defendant's last known address.

Respectfully submitted,

*/s/ Kevin R. Garden*
Kevin R. Garden, Esq.