**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

OXYGEN FORENSICS, INC. *
Plaintiff, *

v. * Case No.: 1:26-cv-02826

MAX WEISSBERG *

Defendant. *

* * * * * * * * * * * * *

**MOTION TO WITHDRAW**

Kevin R. Garden, Esq., Alexander Chizhik, Esq., and the law firm of Femida.us (hereinafter "Femida.us"), counsel for Plaintiff Oxygen Forensics, Inc., move this Court pursuant to Local Rule of Civil Procedure 83.1(G) for leave to withdraw as counsel, and in support of this motion state as follows:

1. Oxygen Forensics, Inc. engaged Femida.us to defend its interests in this lawsuit.

2. Pursuant to that engagement, Kevin R. Garden, Esq. and Alexander Chizhik, Esq. appeared as counsel to Oxygen Forensics, Inc. in this matter.

3. On September 22, 2026, an attorney associated with Femida.us who is a member of the Virginia bar but is not counsel in this matter became aware for the first time of a concurrent conflict of interest which arose on that date which prohibited him from representing Oxygen Forensics, Inc. pursuant to Virginia Rule of Professional Conduct 1.7(a).

3. Virginia Rule of Professional Conduct 1.10 states that no lawyer associated with a firm shall represent a client when the lawyer knows that any of the lawyers in their

firm practicing alone would be prohibited from representing the client pursuant to Virginia Rule of Professional Conduct 1.7.

4. Pursuant to Virginia Rule of Professional Conduct 1.10, Kevin R. Garden, Esq. and Alexander Chizhik, Esq. are required to withdraw as counsel for Oxygen Forensics, Inc. in this matter.

5. On September 23, 2026, Oxygen Forensics, Inc. was notified of its counsels' obligation to withdraw as counsel to Oxygen Forensics, Inc. in this matter and Oxygen Forensics, Inc. provided its consent as signed below.

WHEREFORE, Kevin R. Garden, Esq. and Alexander Chizhik, Esq. and the law firm of Femida.us respectfully request that this Court permit them to withdraw as counsel for Oxygen Forensics, Inc.

Date: September 24, 2026

Respectfully submitted,

*/s/ Alexander Chizhik*
Alexander Chizhik, Esq.
MD Bar No. 0101040004
Femida.us
66 Canal Center Plaza, Ste. 505
Alexandria, VA 22314
ac@femida.us
703-739-9111
*(Pro Hac Vice)*

*/s/ Kevin R Garden*
Kevin R. Garden, Esq.
VA Bar: No. 30244
Femida.us
66 Canal Center Plaza, Ste. 505
Alexandria, VA 22314
kg@femida.us
703-739-9111

*Attorneys for Plaintiff Oxygen Forensics, Inc.*

**CONSENT OF OXYGEN FORENSICS, INC.**

Oxygen Forensics, Inc. hereby consents to the withdrawal of Kevin R. Garden, Esq., Alexander Chizhik, Esq., and Femida.us from representing Oxygen Forensics, Inc. in his matter. Oxygen Forensics, Inc. will seek legal representation and will advise the court.

Svetlana Verzilina
Svetlana Verzilina, Board Member
Oxygen Forensics, Inc.
Date: September 24, 2026

**CERTIFICATE OF SERVICE**

I certify that this Motion was electronically filed with this Court and served on all parties and attorneys of record, served on Defendant Max Weissberg via email at tovareeshmakc@gmail.com, and mailed to Defendant by first-class mail, postage prepaid, at Defendant's last known address, on this 24th day of September, 2026

/s/ Kevin R. Garden
Kevin R. Garden